FILED

UNITED STATES DISTRICT COURT 2018 JUL 18 PM 3: 21
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-334-T-23TGW

46 U.S.C. § 70503(a)
DOUGLAS HOVANI OJEDA VILLANUEVA,   46 U.S.C. §§ 70506(a) & (b)
JARVIN ALONSO ZUNIGA ULLOA,
EINER RENE BENAVIDES ROSERO, and
ELIBER PAREDES RODRIGUEZ

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(MLEA Conspiracy to Possess with Intent to Distribute
Five Kilograms or More of Cocaine)

Beginning on an unknown date and continuing until on or about July 11, 2018, while on board a vessel subject to the jurisdiction of the United States, in the Middle District of Florida, and elsewhere, the defendants,

DOUGLAS HOVANI OJEDA VILLANUEVA,
JARVIN ALONSO ZUNIGA ULLOA,
EINER RENE BENAVIDES ROSERO, and
ELIBER PAREDES RODRIGUEZ,

did knowingly, willfully, and intentionally conspire with each other and other persons, both known and unknown to the Grand Jury, to possess with intent to

distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO
(MDLEA Possession with Intent to Distribute
Five Kilograms or More of Cocaine)

From an unknown date, continuing through on or about May 11, 2018, while upon the high seas aboard a vessel subject to the jurisdiction of the United States, the defendants,

DOUGLAS HOVANI OJEDA VILLANUEVA,
JARVIN ALONSO ZUNIGA ULLOA,
EINER RENE BENAVIDES ROSERO, and
ELIBER PAREDES RODRIGUEZ,

did knowingly and intentionally, while aiding and abetting each other and other persons, both known and unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of

alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One and Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

> DOUGLAS HOVANI OJEDA VILLANUEVA,
> JARVIN ALONSO ZUNIGA ULLOA,
> EINER RENE BENAVIDES ROSERO, and
> ELIBER PAREDES RODRIGUEZ,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon conviction of any of the violations alleged in Counts One and Two of this Indictment, in violation 21 U.S.C. § 960, the defendants,

> DOUGLAS HOVANI OJEDA VILLANUEVA,
> JARVIN ALONSO ZUNIGA ULLOA,
> EINER RENE BENAVIDES ROSERO, and
> ELIBER PAREDES RODRIGUEZ,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Thomas N. Palermo
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DOUGLAS HOVANI OJEDA VILLANUEVA,
JARVIN ALONSO ZUNIGA ULLOA,
EINER RENE BENAVIDES ROSERO, and
ELIBER PAREDES RODRIGUEZ

## INDICTMENT

Violations:  46 U.S.C. § 70503(a)
46 U.S.C. §§ 70506(a) and (b)

A true bill,

_____
Foreperson

Filed in open court this 18th day    of July 2018.

_____
Clerk

Bail $_____